Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAD M. ALWARD and CONNIE G. ALWARD, and the marital community composed thereof,<br><br>Plaintiff(s),<br><br>v.<br><br>LANE INTERNATIONAL CORPORATION, an Oregon Corporation,<br><br>Defendant(s). | NO.   C 06-5560 RBL<br><br>STIPULATION AND ORDER TO AMEND DEFENDANT'S ANSWER TO COMPLAINT FOR INJURIES |

The parties, by and through their attorneys of record, hereby stipulate to allow Defendant Lane International Corporation to amend its Answer to Plaintiff's Complaint to add additional affirmative defenses pursuant to Federal Rule of Civil Procedure 15(a).  A party may amend its pleading by written consent of the adverse party, and leave shall be freely given when justice so requires.

IT IS HEREBY ORDERED that Defendant Lane International Corporation's Motion to amend its Answer to Plaintiff's Complaint is granted.  A copy of Defendant's Amended Answer to Plaintiff's Complaint is attached.

STIPULATION AND ORDER TO AMEND DEFENDANT'S ANSWER TO COMPLAINT FOR INJURIES - 1
00567-1407  Alward Stip to Amend Answer.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 21st day of December, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

PREG O'DONNELL & GILLETT PLLC

By _____
Christine E. Tavares, WSBA 24868
Theodore L. Preg, WSBA 05921
Attorneys for Defendant Lane International Corporation

STRITMATTER KESSLER WHELAN COLUCCIO

By_____
Brad Moore, WSBA #21802
Alisa R. Brodkowitz, WSBA #31749
Counsel for Plaintiff

STIPULATION AND ORDER TO AMEND DEFENDANT'S ANSWER TO COMPLAINT FOR INJURIES - 2
00567-1407  Alward Stip to Amend Answer.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113