| Christine E. Tavares, WSBA # 24868<br>ctavares@pregodonnell.com<br>Preg O'Donnell & Gillett, PLLC<br>1800 Ninth Avenue, Suite 1500<br>Seattle, WA  98101-1340<br>Telephone:  (206) 287-1775<br>Fax:  (206) 287-9113<br>Attorney for Defendant Lane International Corporation | Honorable Ronald B. Leighton |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BRAD M. ALWARD and CONNIE G. ALWARD, and the marital community composed thereof,<br><br>                             Plaintiff(s),<br>     v.<br><br>LANE INTERNATIONAL CORPORATION, an Oregon Corporation,<br><br>                             Defendant(s). | NO.   C 06-5560 RBL<br><br>STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY DEADLINES |
|---|---|

The parties, by and through their attorneys of record, hereby stipulate to extend the discovery cutoff date from July 23, 2007 to August 23, 2007.  The parties further stipulate to extend the cutoff date for any discovery motions from July 2, 2007 to August 2, 2007.  The need for these extensions is due to an unforeseen delay requested by the mediator, and his

| STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY DEADLINES - 1<br>C 06-5560 RBL | **PREG O'DONNELL & GILLETT** PLLC<br>1800 NINTH AVENUE, SUITE 1500<br>SEATTLE, WASHINGTON  98101-1340<br>TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113 |
|---|---|

unavailability to reschedule until July 25, 2007. Trial is not scheduled to commence until November 19, 2007, and neither party is prejudiced by this extension.

THEREFORE, IT IS HEREBY ORDERED that the discovery cutoff date has been extended to August 23, 2007, and the cutoff date for any discovery motions has been extended to August 2, 2007.

DATED this 2nd day of July, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

PREG O'DONNELL & GILLETT PLLC


By __/s/_____
Christine E. Tavares, WSBA 24868
Theodore L. Preg, WSBA 05921
Attorneys for Defendant Lane International Corporation


STRITMATTER KESSLER WHELAN COLUCCIO


By_/s/_____
Brad Moore, WSBA #21802
Alisa R. Brodkowitz, WSBA #31749
Counsel for Plaintiff

| STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY DEADLINES - 2<br>C 06-5560 RBL | **PREG O'DONNELL & GILLETT PLLC**<br>1800 NINTH AVENUE, SUITE 1500<br>SEATTLE, WASHINGTON 98101-1340<br>TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113 |
|---|---|